

July 11, 2016

Dear Sir or Madam,

The purpose of this letter is to speak to the character of **Nathaniel Mitchell**. I have had the pleasure of knowing **Nathaniel** since birth and he has been an active, long-standing member of New Beginning Christian Center. As his Pastor, I have witnessed examples of his humble Christian character, unwavering diligence, and strong work ethic.

**Nathaniel** has consistently demonstrated a commitment to the Music Ministry at NBCC. He was faithful in attending choir meetings and rehearsals. He was always willing to sacrifice his time and offer his musical talents as a service to our ministry. A self-taught keyboard player, drummer and an accomplished trumpeter, **Nathaniel** was a mentor to many aspiring musicians and proved himself to be a hard-worker who was dedicated, devoted and dependable. He was a reliable member of the Music Ministry.

As his Pastor, I remain confident of the call that God has on **Nathaniel's** life and I am optimistic about his future. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Bishop James E. Chisholm, Senior Pastor
New Beginning Christian Center

*Bishop J. E. Chisholm*

5900 Arthur Ave., Portsmouth, VA 23703 | 757.686.8008 | www.newbeginningonline.org

July 1, 2016
Jacqueline J. Fenney
6108 Compton Court
Suffolk, VA 23435

To whom it may concern:

    My name is Jacqueline J. Fenney, I am the great aunt of Nathaniel Mitchell (also known as Nate to his family). I have been an educator with Norfolk Public Schools for past 10 years. I am writing this letter to highlight some of Nate's characteristics. I have known Nate all of his life and watched him grow into a fine young man. Nate has always been a talented young man and has excelled at whatever he set his mind to do. He is the oldest of 4 children and often has taken his siblings under his wing to encourage them to stay on the right path. Nate has paid special attention to one of his siblings who was born with a physical disability called congenital limb deficiency. Nate has assisted in his care by preparing meals, ironing his clothes, and assisting him in dressing.

    Nate is helpful to his family by babysitting his niece and nephew. Finally, Nate has always been compassionate, greeting me with a hug and kiss on the cheek, and telling me that he loves when leaves my presence. He often checked on my well-being since I am a widow, seeing if I needed any assistance around the house, as such taking out the trash and mowing the lawn. I hope this is helpful in determining Nate's character. If there are any questions or concern please feel free to contact me by phone @ (757) 288-6266 or email jackiejfenney@gmail.com.

Warm Regards,

*Jacqueline J Fenney*

Jacqueline J Fenney



June 22, 2016

To Whom It May Concern,

I am writing this letter on behalf of Nathaniel Mitchell a member of my church, New Beginning Christian Center, where I serve as the youth pastor and pastoral executive assistant. I have known Nathaniel all of his life and I have had the honor and privilege of serving with him as a member of the choir, usher board and Zoe Step Team. Our church, where Nate has been a loyal lifetime member, has always been a safe haven for Nathaniel. We are often the first place he turns to for help and guidance, calling frequently for prayer and encouragement on a weekly basis.

From as early as I can remember Nathaniel has always shown a particular interest in music and has shared his gifts and love for the arts with our congregation on numerous occasions. His commitment to attending weekly practice during his tenure in our choir and dedication to learning to play various instruments is just one example of his positive impact in our church community. Nate is always eager to lend a helping hand when needed and strived for excellence in his ministry of music. I can vouch for Nathaniel's character of trustworthiness that can be depicted in his service to our elderly and mentorship to our youth. Mr. Mitchell has never once demonstrated any violent behavior that would cause me or any other member to feel unsafe and he is always manner able and respectful to authority. This past October Nathaniel volunteered at my annual Breast Cancer Awareness luncheon, Arise to Survive, taking hours out of his weekend to be there in support of this powerful initiative to save lives. Nate has also been very instrumental in the rebuilding of our Praise Team acting as an encourager to other members new and old. He is viewed by the members of our church as a loyal, honest, kind and respectable young man that has worked hard to overcome his past mistakes. At an early age Nathaniel gave his heart to the Lord and although he has made some mistakes in his past I truly believe that he will prevail and overcome the pressures of his environment proving to the society what we have seen in him all of his life as a solider for Christ.

Please feel free to contact me at any time if you have any additional questions or concerns.

Blessings,

Minister TL Chisholm
Founder of the Covenant Girl Connection

5900 Arthur Ave. Portsmouth ,Va 23703 | www.tlchisholm.com
theeimage1@gmail.com | 757.537.4284

# Shevelle Mitchell



3906 Lantana Pl. Virginia Beach, VA 23456
757-773-1051
Shevelle.mitchell@yahoo.com

7/8/2016

To whom this may concern,

My name is Shevelle Mitchell and I am the mother of Nathaniel Mitchell (Nate). This letter is to provide you with some characteristics that I have known about Nate his entire life. Nate has always been a very kind and loving person both during childhood and adulthood. Nate is the oldest of four siblings and he would always make sure that they were ok. He would often make sure that they had eaten breakfast before school, even though I was present. Nate made sure that everyone knew his sister and brothers, especially Immanuel, who was born with a congenital birth defect, and therefore has no arms. Nate would call to check on me when he would arrive at the babysitter after school, even though he knew I was at work. And he would sometimes just ask if I was ok if I was watching television alone. Nate, being a very talented musician, has played the piano and drums at his church often without compensation and also has provided drum lessons for free for the youth in the church. He is a very respected young man among his peers and many adults as well. His younger cousins and other children as well would automatically flock to Nate when he was in their presence to ask him to show them how to do a flip, play a game of football or tag. Adults would draw to Nate because he was easy to work with and a would give his all to whatever he was doing. There would be times when adults would literally argue about whose team Nate would be on during a game of volleyball because they knew he would do his best and even pick up the slack for others. He has also always been a protector. Nate has been known to tell his brother, Immanuel (sibling with no arms) to walk in front of him when they were out and about to avoid any type of verbal abuse that he may have received if he were alone. Nate



has continued that even though his brother is now 21 years old. I can recall a time during the winter, Nate was 17 and he found a dog that he thought may have been lost because it was well groomed. He brought it home and asked if we could keep it until we found the owners because it was cold outside. I said no and advised him to take the dog back where he found it. I assumed that he did just that. But I would later find out that he had actually set up a temporary shelter in our shed for the dog, got dog food from the neighbors and put up posters about the dog around our neighborhood. It turned out that the dog's family had lost him during their move and were very grateful to Nate for taking care of him and returning him. The Nathaniel that I know has consistently exhibited the characteristics mentioned and so many others and I hope that I have provided you with insight in regards to his character.

Sincerely,

*Shevelle Mitchell*

Shevelle Mitchell

July 3, 2016

Dear Sir or Madam,

This letter serves the purpose of attesting to the character of Nathaniel Tyree Mitchell, whom I have I had the extreme pleasure of knowing for over 20 years. My association with Nate, whom he is affectionately known as, began due to our families worshipping together at a local Christian assembly weekly. Although he was very young one could easily see Nate's determined, charismatic, and independent personality forming.  As a former youth staff person of New Beginning Christian Center located in Portsmouth Virginia, it was duly noted that every child/adolescent that I served was indeed gifted from God. Nate proved to be gifted in several areas and his humility while exercising his gifts in essence afforded him to shine brightly. It seemed everything this young child/teen/adult set to achieve he would achieve, however he would also exceed the aforementioned expectation(s). Whether the arena he explored was scholastic, athletic or artistic (of a thespian nature, painting, or playing musical instruments) he approached the new challenge and diligently worked until the task seemed effortless.

As mentor to Nate I spent time with him outside of church which allowed our bond to further develop and shed light into his overall moral development.  During the middle school years Nate's keen sense of responsibility was able to flourish as he assisted his mother with the care of his three younger siblings, one of which who is physically disabled. It was often seen how Nate would put his younger sibling's cares and desires before his own which was selfless and frankly a rarity perceived with teens presently. As I reflect on the exemplary young man Mr. Mitchell is I begin to smile and thank God for allowing me to meet and share such time with him.

If you would like to further engage on the character of Nathaniel Tyree Mitchell I can be reached via email o.z.mcdonald@gmail.com or via phone (757)582-0986.


Respectfully Submitted,

Omar Z. McDonald
Behavioral Health Metrics Advisor
Anthem, Inc.